# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANDRE GROSZ,
    Plaintiff,

CASE NO.:  8:18-cv-367-T-36AAS

vs.

ASCENDA USA INCORPORATED d/b/a
24-7 INTOUCH, INC.,
    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of this action with prejudice.

**DATED** this 10th day of April, 2019.

| | |
|---|---|
| */s/ Kathryn C. Hopkinson, Esq.* | */s/ Mark E. Zelek, Esq.* |
| **Kathryn C. Hopkinson, Esq.** | **Mark E. Zelek, Esq.** |
| Florida Bar No.: 0102666 | Florida Bar No.: 667773 |
| khthompsonlegal@gmail.com | mark.zelek@morganlewis.com |
| **James M. Thompson, Esq.** | **Joseph D. Magrisso, Esq.** |
| Florida Bar No.: 0861080 | Florida Bar No.: 105352 |
| jmthompsonlegal@gmail.com | joseph.magrisso@morganlewis.com |
| mkthompsonlegal@gmail.com | MORGAN, LEWIS & BOCKIUS LLP |
| agthompsonlegal@gmail.com | 200 S. Biscayne Blvd., Ste. 5300 |
| clerk.thompsonlegal@gmail.com | Miami, FL 33131 |
| | (305) 415-3424 - office |
| THOMPSON LEGAL CENTER, LLC | Counselors for Defendant |
| 777 S. Harbour Island Blvd., Ste. 245 | |
| Tampa, Florida 33602 | |
| (813) 769-3900 - office | |
| Counselors for Plaintiff Grosz | |